UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES L. FRANKLIN, JR. and
ADDIE C. FRANKLIN,

        Plaintiffs,

        v.

BANK OF SPRINGFIELD,

        Defendant.

Case No. 25-cv-1278-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiffs James C. Franklin, Jr. and Addie C. Franklin against defendant Bank of Springfield for violation of the Real Estate Settlement Procedures Act; the Truth in Lending Act; the Fair Debt Collection Practices Act; the Equal Credit Opportunity Act; and the Home Ownership and Equity Protection Act are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the claims of plaintiffs James C. Franklin, Jr. and Addie C. Franklin against defendant Bank of Springfield for violation of state law are dismissed without prejudice for lack of subject matter jurisdiction.

**DATED:  August 6, 2026**

        **MONICA A. STUMP, Clerk of Court**

        _____

        **Deputy Clerk**

**Approved:**    _____

        **J. PHIL GILBERT**
        **DISTRICT JUDGE**